Kip Evan Steinberg (SBN 096084)
LAW OFFICE OF KIP EVAN STEINBERG
Courthouse Square
1000 Fourth Street, Suite 600
San Rafael, CA 94901
Telephone: 415-453-2855
Facsimile: 415-456-1921
kip@steinberg-immigration-law.com

**Attorney for Plaintiff ALI GARDIZI**

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALI GARDIZI, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL CHERTOFF, Secretary Department of Homeland Security <br><br> Defendant | **Case No. CV 08 0669 JSW** <br><br> **Plaintiff's Request For Dismissal And ~~(Proposed)~~ Order** |

  Plaintiff filed a Complaint for Mandamus January 28, 2008  Upon service of the suit papers, Plaintiff and Defendants resolved this matter to the satisfaction of all parties.  Defendants adjudicated Plaintiff's I-130 visa petition on March 7, 2008.  This action rendered Plaintiff's complaint moot.

  Therefore, Plaintiff moves to dismiss the subject action.

*Gardizi v Chertoff (CV 08 0669 JSW)*
Pl. Request For Dismissal

1 | Dated: March 10, 2008                        Respectfully submitted,

_____/s/_____
Kip Evan Steinberg
Attorney for Plaintiff ALI GARDIZI

**ORDER**

IT IS HEREBY ORDERED that this case is dismissed.

Dated: March 10, 2008

_____/s/ Jeffrey S. White_____
HON. JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

*Gardizi v Chertoff (CV 08 0669 JSW)*
Pl. Request For Dismissal                        2